# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2022

## NO. 03-22-00050-CV

**Robert Joseph Yezak, Appellant**

**v.**

**Benitia J. Yezak, Appellee**

### APPEAL FROM THE 296TH DISTRICT COURT OF COLLIN COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal because it is from Collin County. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.